AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | |
|---|---|
| CORETTA RODDEY,<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>KPMG, LLP., ET. AL.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KPMG, LLC
345 Park Avenue
New York, 10154

(See Also, Attached Addendum)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory Calliste, Jr., Esq.,
Phillips & Associates, PLLC.
45 Broadway, Suite 430
New York, NY 1000
(212) 248-7431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/31/2022 _____          /S/ V. BRAHIMI
                                                                      *Signature of Clerk or Deputy Clerk*

# ADDENDUM

## Defendants' Addresses:

[1]   **KPMG, LLP.**
345 Park Avenue
New York, 10154

[2]   **SABRINA DONNELLY**
KPMG, LLP.
345 Park Avenue
New York, 10154

[3]   **JONATHAN EDGERTON**
KPMG, LLP.
345 Park Avenue
New York, 10154

[4]   **JULIE MOLITOR**
KPMG, LLP.
345 Park Avenue
New York, 10154

[5]   **JONATHAN WYATT**
KPMG, LLP.
345 Park Avenue
New York, 10154

[6]   **YVONNE GARCIA**
KPMG, LLP.
345 Park Avenue
New York, 10154

[7]   **TIMOTHY PHELPS**
KPMG, LLP.
345 Park Avenue
New York, 10154

[8]   **ALLISON SUMROW**
KPMG, LLP.
345 Park Avenue
New York, 10154

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: