

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 12/8/2022
The Clerk of Court is respectfully directed to close the motion at Doc. 9.

Justine L. Abrams
justine.abrams@ogletree.com

December 7, 2022

**Via ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **Coretta Roddey v. KPMG LLP, Sabrina Donnelly, Jonathan Edgerton, Julie Molitor, Jonathan Wyatt, Yvonne Garcia, Timothy Phelps, and Allison Sumrow**
           **Case No.: 1:22-cv-7405**

Dear Judge Broderick:

This firm represents Defendants in the above-referenced matter. We write to pursuant to the Court's December 7, 2022 Order (ECF No. 26).

Defendants agree that their pending Motion to Dismiss (ECF Nos. 9-20) should be deemed moot, without prejudice, in light of Plaintiff's filing today of the Amended Complaint (ECF No. 27). Defendants will file a new Motion to Dismiss within the time permitted under *Fed.R.Civ.P.* 15(a)(3). Thank you.

                                  Respectfully,

                                  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                */s/ Justine L. Abrams*

                                Justine L. Abrams

cc:    Peter O. Hughes, Esq. (via electronic mail)

A South Carolina Professional Corporation ■ Steven J. Luckner ■ New Jersey Managing Shareholder

Atlanta • Austin • Berlin (Germany) • Birmingham • Bloomfield Hills • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis • Montréal (Canada) • Morristown • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • Richmond • St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington