UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORETTA RODDEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KPMG LLP; SABRINA DONNELLY, In Her Individual And Official Capacities, JONATHAN EDGERTON In His Individual And Official Capacities, JULIE MOLITOR, In Her Individual And Official Capacities, JONATHAN WYATT, In His Individual And Official Capacities, YVONNE GARCIA, In Her Individual And Official Capacities, TIMOTHY PHELPS, In His Individual And Official Capacities, AND ALLISON SUMROW, In Her Individual And Official Capacities.<br><br>　　　　　Defendants. | Case No. 1:22-cv-07405<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

　　　　Pursuant to Rule 1.4 of the Local Civil Rules for the Eastern District of New York, the undersigned attorney, Jenny Xia, hereby moves the Court for leave to withdraw as counsel for Defendants Sabrina Donnelly, Jonathan Edgerton, Julie Molitor, Jonathan Wyatt, Yvonne Garcia, Timothy Phelps, and Allison Sumrow (collectively, the "Defendants") in the above-captioned case. The undersigned attorney will be leaving the employ of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and Peter O. Hughes and Justine L. Abrams of Ogletree, Deakins, Nash, Smoak & Stewart, P.C will continue to represent the Defendants in this matter.

　　　　PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4, upon filing, a copy of this Motion will be served upon the client via e-mail and upon all parties via ECF.

WHEREFORE, the undersigned, Jenny Xia, respectfully requests that the Court grant this Motion to Withdraw as Counsel.

Dated: August 28, 2023
      New York, New York

Respectfully submitted,

By: /s/ Jenny Xia
    Jenny Xia
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C
    599 Lexington Avenue, 17th Floor
    New York, New York 10022
    Telephone: 212.492.2061
    Email: jenny.xia@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I caused the within Motion to be electronically submitted to the Clerk of the Court for the U.S. District Court for the Southern District of New York, which shall constitute service upon Plaintiff's counsel of record.

*/s/ Jenny Xia*