**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CORETTA RODDEY,

                    Plaintiff,                    **ORDER**

          -against-                    **22-CV-7405 (VSB) (JW)**

KPMG LLP,

                    Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's counsel's motion to withdraw at Dkt. No.

68 and Plaintiff's subsequent responses at Dkt. Nos. 69 and 70. The Court directs

Defendant to file a letter, no more than 3 pages, with their position by **February**

**13, 2026**.

      Counsel for both parties and Ms. Roddey are ordered to appear for an in-person

conference on **March 4, 2026 at 2:00 PM**. The hearing will be held in Courtroom

228, Thurgood Marshall Courthouse at 40 Foley Square, New York, NY.

      SO ORDERED.

DATED:    New York, New York
            February 9, 2026

                              *Jennifer E. Willis*
                            JENNIFER E. WILLIS
                          United States Magistrate Judge