UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Coretta D. Roddey,

Plaintiff,

v.                                                          22-cv-07405 (VSB) (JW)

KPMG LLP,                                                   Letter Motion to Seal / Redact ECF
                                                            No. 81

Defendant.

**PLAINTIFF'S LETTER MOTION TO SEAL / REDACT LIMITED PORTIONS OF ECF NO. 81**

Plaintiff respectfully moves for limited sealing and/or redaction of sensitive personal and financial information contained in ECF No. 81, Plaintiff's application packet seeking appointment of pro bono counsel.

The packet includes Plaintiff's in forma pauperis materials, a financial hardship statement, contact information, age, education level, partial identifying information, and other personal financial details. Plaintiff seeks narrow protection only for those portions of the submission that disclose sensitive personal and financial information, while allowing the remainder of the filing to proceed publicly in redacted form if the Court so directs.

Plaintiff does not seek broader sealing than necessary. Plaintiff is prepared to submit a public redacted version of ECF No. 81 that omits only sensitive personal and financial details, together with any unredacted materials the Court requires to remain restricted.

This request is made in good faith and not for purposes of delay. Plaintiff filed ECF No. 81 in restricted form to protect private information while seeking timely consideration of a pro bono application at a critical stage of the case, including the pending settlement referral.

Plaintiff therefore respectfully requests that the Court permit limited sealing and/or redaction of ECF No. 81, maintain temporary restriction of the current filing pending resolution of this motion, and grant such other relief as the Court deems just and proper.

Plaintiff remains actively engaged in efforts to secure private counsel and is continuing outreach in parallel with this request.

Respectfully submitted,

/s/ Coretta D. Roddey
Coretta D. Roddey
Plaintiff, Pro Se
3386 Jamont Boulevard
Johns Creek, GA 30022
(404) 245-6884
Coretta1234@gmail.com

This request is GRANTED.  Plaintiff is to serve Defendant with an unredacted version of Plaintiff's motion via email.  Plaintiff is also ordered to email the Court at WillisNYSDChambers@nysd.uscourts.gov with proposed redactions before filing a redacted version of the motion on the docket by **March 23, 2026**.  SO ORDERED.

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge
March 19, 2026