**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CORETTA RODDEY,

                      Plaintiff,                          **ORDER**

          -against-                        **22-CV-7405 (VSB) (JW)**

KPMG LLP,

                      Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 17, 2026, Plaintiff filed an application to request pro bono counsel under seal.  Dkt. No. 81.  On March 18, 2026, Plaintiff filed a request to seal the document because it contains sensitive personal and financial information.  Dkt. No. 83.  On March 19, 2026, the Court granted Plaintiff's motion to seal and directed Plaintiff to email proposed redactions before filing a redaction version of the motion on the docket.  Dkt. No. 86.

Plaintiff emailed proposed redactions to the Court and defense counsel was copied on the email chain.  The Court has reviewed the proposed redactions and directs Plaintiff to file a redacted version consistent with the Court's instructions by **March 24, 2026**.  Defendants' response is due on **March 30, 2026**.

SO ORDERED.

DATED:    New York, New York
             March 23, 2026

                                    *Jennifer E. Willis*
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge