**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CORETTA RODDEY,

                                    Plaintiff,                                    **ORDER**

            -against-                                              **22-CV-7405 (VSB) (JW)**

KPMG LLP,

                                    Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's second application to request pro bono

counsel.  Dkt. No. 100.  This request is again, **DENIED**.

        On April 27, 2026, the Court denied Plaintiff's initial request for appointment

of pro bono counsel.  Dkt. No. 93.  The Court noted that because Plaintiff failed to

demonstrate the preliminary requirement that she is indigent, it need not assess the

remaining factors, such as:

> the indigent's ability to investigate the crucial facts, whether conflicting
> evidence implicating the need for cross-examination will be the major
> proof presented to the fact finder, the indigent's ability to present the
> case, the complexity of the legal issues[,] and any special reason in that
> case why appointment of counsel would be more likely to lead to a just
> determination.

Hodge v. Police Officers, 802 F.2d 58, 61–62 (2d Cir. 1986).

        While Plaintiff's supplemental declaration provides more detail regarding her

diligent attempts to secure replacement counsel, she fails to provide any facts that

suggest that Plaintiff's financial situation has changed and that she is now indigent.

As such Plaintiff's application for the Cout to request pro bono counsel is again

**DENIED**.

**The Clerk of Court is respectfully requested to close Dkt. No. 100.**

SO ORDERED.

DATED:    New York, New York
          June 16, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2