**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CORETTA RODDEY,

Plaintiff,

-against-

KPMG LLP,

Defendant.

---------------------------------------------------------------X

**ORDER**

**22-CV-7405 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of briefing regarding Plaintiff's motion for reconsideration of the Court's order denying Plaintiffs motion to compel at Dkt. No. 115. See Dkt. Nos. 121, 126, 132, 133. In Plaintiff's motion for reconsideration, Plaintiff clarified that she timely raised the alleged deficiencies to Defendant upon receiving Defendants' July 31 responses (the same date as the discovery deadline) and filed the motion to compel prior to Defendant's filing of its motion for summary judgment. Upon review of the docket, the Court finds that Plaintiff's motion to compel at Dkt. No. 115 appeared untimely because of a delay in the *pro se* filing appearing on the docket.

The Court therefore finds good cause to consider Plaintiff's motion at Dkt. No. 115 on the merits. The parties are direct to attend an in-person conference to discuss these issues on **January 19, 2027 at 10:30 AM**. The conference will be held in Courtroom 228, 40 Foley Square, New York, New York. If attending an in-person conference presents a hardship for Plaintiff, she may file a letter requesting a remote conference.

SO ORDERED.

DATED: New York, New York
November 10, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge